# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Robert M. Levy__    DATE: __2/7/19__

DOCKET NUMBER: __18CR633(ERK)__    LOG #: __2:40 - 2:47__

DEFENDANT'S NAME: __Yevgeniy Timchenko__
  ✓ Present ___ Not Present   ✓ Custody ___ Bail

DEFENSE COUNSEL: ~~Mia Eisner-Grynberg~~ __Samuel Jacobson__ - appointed by Court.
  ✓ Federal Defender ___ CJA ___ Retained

A.U.S.A: __Alexander Mindlin__    CLERK: __SM Yuen__

INTERPRETER: __Ms Alishaev__ (Language) __Russian__

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ✓ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __2/7/19__ Stop __2/20/19__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____