AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18 CR 633 (ERK) |
| Yevgeniy Timchenko | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yevgeniy Timchenko.

Date: 02/15/2019

/s/
*Attorney's signature*

SAMUEL JACOBSON, ESQ.
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201

*Address*

samuel_i_jacobson@fd.org
*E-mail address*

(718) 407-7429
*Telephone number*

(718) 855-0760
*FAX number*