U.S.M.J. STEVEN M. GOLD                                      9/25/2019

# CRIMINAL CAUSE FOR PLEADING

USA -v- <u>Zhukov et al</u>                    Docket No.: <u>18</u> -CR- <u>633 (ERK)</u>

Defendant: <u>Yevgeniy Timchenko</u>

☒ present   ☐ not present              ☒ custody   ☐ bail

Def. Counsel: <u>Samuel Jacobson</u>

☒ present   ☐ not present              ☐ CJA   ☒ FD   ☐ Retained

AUSA: <u>Alexander Mindlin</u>                Clerk/Deputy: <u>Saudia Gillespie</u>

Interpreter: <u>Yana Agoureev</u>             Language: <u>Russian</u>

FTR: ( <u>12:20</u>  - <u>12:52</u>  )            Reporter: _____

- ☒ Case Called
- ☐ Defendant's First Appearance
- ☒ Defendant: ☒ Sworn   ☐ Arraigned   ☒ Informed of Rights
- ☐ Waiver of Indictment Executed for Defendant
- ☐ Superseding Indictment/Information Filed
- ☐ Bench Warrant Issued: _____
- ☐ Defendant Enters Guilty/Not Guilty Plea to Count(s) _____
    of the (Superseding) Indictment/Information
- ☒ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) <u>5 and 6</u>
    of the (Superseding) Indictment/Information
- ☐ Court Finds Factual Basis for the Plea
- ☐ Sentencing Set for ____/____/____ at _____
- ☐ Sentencing to be Set by Probation
- ☐ Bail/Bond:  ☐ Set   ☐ Continued for Defendant   ☒ Continued in Custody
- ☐ Case Adjourned to ___/___/___ at _____
- ☒ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution.   A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.   The Magistrate Judge recommends that the plea of guilty be accepted.
- ☒ Transcript Ordered
- ☐ Other:  <u>Transcript SEALED, with exception of counsel on this case.</u>

_____